Kenneth S. Montoya, OSB #064467
*kenny@montoyalaw.org*
Keegan C. Murphy, OSB #194294
*keegan@montoyalaw.org*
Montoya Law LLC
P.O. Box 13523
Salem, OR 97309
   Telephone: (503) 990-8436
   Fax: (503) 878-8598
     Attorneys for Defendants County of Yamhill,
     Sergeant Robert Eubanks, and Deputy Angel Arenas

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CORY JESPERSON; individually;<br>MARIANA JESPERSON; individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF YAMHILL; SERGEANT<br>ROBERT EUBANKS, in his individual<br>capacity; DEPUTY ANGEL ARENAS, in<br>his individual capacity; and DOES 1-10,<br><br>    Defendants. | Case No. 3:26-cv-01362-YY<br><br>**COUNTY OF YAMHILL, SERGEANT<br>ROBERT EUBANKS, AND DEPUTY<br>ANGEL ARENAS' ANSWER TO<br>PLAINTIFFS' COMPLAINT**<br><br>**(Request for Jury Trial)** |

For its Answer to Plaintiffs' Complaint, Defendants County of Yamhill, Sergeant Robert

Eubanks, and Deputy Angel Arenas ("County Defendants"), for themselves alone, hereby admit,

deny and allege as follows:

1.

In response to paragraph 1, Plaintiffs assert the authority for their action and set forth the

Page 1 – **COUNTY OF YAMHILL, SERGEANT ROBERT
EUBANKS, AND DEPUTY ANGEL ARENAS' ANSWER TO
PLAINTIFFS' COMPLAINT**

KENNETH S. MONTOYA
Montoya Law LLC
P.O. Box 13523
Salem, OR 97309
(503) 990-8436 / (503) 878-8598 (fax)
Kenny@Montoyalaw.org

type of damages they seek to which no response is required from County Defendants. County Defendants deny the remaining allegations in paragraph 1.

2.

In response to paragraphs 2 and 3, County Defendants admit that this Court has subject matter jurisdiction over Plaintiffs' federal claims and that venue is appropriate in this Court.

3.

County Defendants are without sufficient knowledge or information necessary to respond to Plaintiffs' allegations in paragraphs 4 and 5 and on this basis, denies these allegations.

4.

In response to paragraphs 6 and 7, County Defendants admit that Sergeant Eubanks and Deputy Arenas acted at all times relevant to this litigation in the course and scope of their employment with Yamhill County. The remaining allegations in paragraphs 6 and 7 are that Sergeant Eubanks and Deputy Arenas are sued in their individual capacity to which no response is required.

5.

Admit paragraph 8.

6.

The allegations in paragraph 9 are directed at other defendants and, as such, no response is required from County Defendants.

7.

In response to paragraphs 10, 11, 12, 13, and 14.

8.

Admit paragraph 15.

9.

County Defendants are without sufficient knowledge or information necessary to respond

Page 2 – **COUNTY OF YAMHILL, SERGEANT ROBERT EUBANKS, AND DEPUTY ANGEL ARENAS' ANSWER TO PLAINTIFFS' COMPLAINT**

KENNETH S. MONTOYA
Montoya Law LLC
P.O. Box 13523
Salem, OR 97309
(503) 990-8436 / (503) 878-8598 (fax)
Kenny@Montoyalaw.org

to Plaintiffs' allegations in paragraph 16 and on this basis, deny these allegations.

10.

Admit paragraph 17.

11.

Deny paragraph 18.

12.

In response to paragraph 19, admit that a neighbor called the Yamhill County Sheriff's Office to report that Plaintiff Cory Jesperson was outside a neighbor's residence making obscene gestures to surveillance cameras.

13.

In response to paragraph 20, admit that in response to Plaintiff Cory Jesperson's aggressive actions, members of the Yamhill County Sheriff's Office again responded to the area of his residence to effectuate his arrest and waited for that opportunity.

21.

Admit paragraphs 21 and 22 and further admit that video shows that Plaintiff Cory Jesperson was outside of his residence when the actions in paragraphs 21 and 22 took place.

22.

In response to paragraph 23, admit that after the conversation set out in paragraph 23, Plaintiff Cory Jesperson attempted to run into his residence after being told that he was going to jail.

23.

Deny paragraphs 24, 25, and 26.

24.

Admit paragraph 27.

Page 3 – **COUNTY OF YAMHILL, SERGEANT ROBERT EUBANKS, AND DEPUTY ANGEL ARENAS' ANSWER TO PLAINTIFFS' COMPLAINT**

KENNETH S. MONTOYA
Montoya Law LLC
P.O. Box 13523
Salem, OR 97309
(503) 990-8436 / (503) 878-8598 (fax)
Kenny@Montoyalaw.org

25.

County Defendants are without sufficient knowledge or information necessary to respond to Plaintiffs' allegations in paragraph 28 and on this basis, denies these allegations.

26.

Admit paragraphs 29 and 30.

27.

In response to paragraph 31, County Defendants reallege and admit and deny as set forth above in response to paragraphs 1 – 30.

28.

County Defendants are without sufficient knowledge or information necessary to respond to Plaintiffs' allegations in paragraph 32.

29.

Admit paragraph 33.

30.

Deny paragraphs 34 and 35.

31.

Admit paragraph 36.

32.

Deny paragraphs 37, 38, 39, 40, 41, 42, and 43.

33.

In response to paragraph 44, County Defendants reallege and admit and deny as set forth above in response to paragraphs 1 – 43.

34.

Plaintiffs improperly plead a conclusion of law in paragraph 45 to which no response is required from County Defendants.

Page 4 – **COUNTY OF YAMHILL, SERGEANT ROBERT EUBANKS, AND DEPUTY ANGEL ARENAS' ANSWER TO PLAINTIFFS' COMPLAINT**

KENNETH S. MONTOYA
Montoya Law LLC
P.O. Box 13523
Salem, OR 97309
(503) 990-8436 / (503) 878-8598 (fax)
Kenny@Montoyalaw.org

35.

Admit paragraphs 46, 47, and 48.

36.

In response to paragraph 49, admit that Plaintiff Cory Jesperson was arrested inside his residence. The remaining allegation in paragraph 49 is a statement about Fourth Amendment protections to which no response is required from County Defendants.

37.

Deny paragraphs 50, 51, 52, 53, 54, and 55.

38.

In response to paragraph 56, County Defendants reallege and admit and deny as set forth above in response to paragraphs 1 – 55.

39.

Plaintiffs improperly plead a conclusion of law in paragraph 57 to which no response is required from County Defendants.

40.

Deny paragraphs 58, 59, and 60.

41.

Deny paragraphs 61, 62, 63, 64, 65, 66, and 67.

42.

In response to paragraph 68, County Defendants reallege and admit and deny as set forth above in response to paragraphs 1 – 67.

43.

Plaintiffs improperly plead a conclusion of law in paragraph 69 to which no response is required from County Defendants.

Page 5 – **COUNTY OF YAMHILL, SERGEANT ROBERT EUBANKS, AND DEPUTY ANGEL ARENAS' ANSWER TO PLAINTIFFS' COMPLAINT**

KENNETH S. MONTOYA
Montoya Law LLC
P.O. Box 13523
Salem, OR 97309
(503) 990-8436 / (503) 878-8598 (fax)
Kenny@Montoyalaw.org

44.

In response to paragraph 70, admit that Sergeant Eubanks was the Yamhill County Sheriff's Office's supervisor at the scene of Plaintiff Cory Jesperson's lawful arrest. The remaining allegation in paragraph 70 is a conclusion of law to which no response is required from County Defendants.

45.

Admit paragraph 71.

46.

Deny paragraphs 72 and 73.

47.

Admit paragraph 74.

48.

Deny paragraph 75, 76, 77, 78, and 79.

49.

In response to paragraph 80, County Defendants reallege and admit and deny as set forth above in response to paragraphs 1 – 79.

50.

Plaintiffs improperly plead a conclusion of law in paragraph 81 to which no response is required from County Defendants.

51.

Deny paragraph 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, and 95.

52.

County Defendants are without sufficient knowledge or information to respond to paragraphs 96 and 97.

Page 6 – **COUNTY OF YAMHILL, SERGEANT ROBERT EUBANKS, AND DEPUTY ANGEL ARENAS' ANSWER TO PLAINTIFFS' COMPLAINT**

KENNETH S. MONTOYA
Montoya Law LLC
P.O. Box 13523
Salem, OR 97309
(503) 990-8436 / (503) 878-8598 (fax)
Kenny@Montoyalaw.org

53.

Deny paragraphs 98, 99, 100, and 101.

54.

County Defendants deny Plaintiffs' Prayer for Relief.

55.

Except as expressly admitted above, County Defendants deny each and every allegation in Plaintiffs' Complaint.

FOR A FIRST AFFIRMATIVE DEFENSE, County Defendants allege:

(Failure to State a Claim)

56.

Plaintiffs have failed to state facts sufficient to constitute a claim against County Defendants for which relief may be granted.

FOR A SECOND AFFIRMATIVE DEFENSE, County Defendants allege:

(Qualified Immunity)

57.

County Defendants Sergeant Eubanks and Deputy Arenas acted at all times in good faith and did not knowingly violate any clearly established constitutional rights of plaintiffs.

FOR A THIRD AFFIRMATIVE DEFENSE, County Defendants allege:

(Officer Safety Doctrine)

58.

County Defendants Sergeant Eubanks and Deputy Arenas had valid, legitimate, objectively reasonable public safety reasons for all actions taken and acted within their rights and pursuant to the Officer Safety Doctrine.

FOR A FOURTH AFFIRMATIVE DEFENSE, County Defendants allege:

(Probable Cause)

Page 7 – **COUNTY OF YAMHILL, SERGEANT ROBERT EUBANKS, AND DEPUTY ANGEL ARENAS' ANSWER TO PLAINTIFFS' COMPLAINT**

KENNETH S. MONTOYA
Montoya Law LLC
P.O. Box 13523
Salem, OR 97309
(503) 990-8436 / (503) 878-8598 (fax)
Kenny@Montoyalaw.org

59.

County Defendants Sergeant Eubanks and Deputy Arenas had probable cause to justify their actions, conduct, orders, and decisions, and they had probable cause with exigent circumstances to justify their actions, conduct, orders, and decisions, especially whether Plaintiff Cory Jesperson was engaged in creating a threat of physical injury to neighboring residents who reported his continued threatening behavior.

WHEREFORE, having fully responded to Plaintiffs' Complaint, County Defendants requests judgment in their favor and against Plaintiffs with an award of costs and attorney fees as the prevailing parties under 42 U.S.C. § 1988.

DATED this August 11, 2026.

_/s/ Kenneth S. Montoya_
Kenneth S. Montoya, OSB #064467
Keegan C. Murphy, OSB#194264
Attorneys for Defendants County of Yamhill, Sergeant Robert Eubanks, and Deputy Angel Arenas

Page 8 – **COUNTY OF YAMHILL, SERGEANT ROBERT EUBANKS, AND DEPUTY ANGEL ARENAS' ANSWER TO PLAINTIFFS' COMPLAINT**

KENNETH S. MONTOYA
Montoya Law LLC
P.O. Box 13523
Salem, OR 97309
(503) 990-8436 / (503) 878-8598 (fax)
Kenny@Montoyalaw.org

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing COUNTY OF YAMHILL, SERGEANT ROBERT EUBANKS, AND DEPUTY ANGEL ARENAS' ANSWER TO PLAINTIFFS' COMPLAINT on:

> Jonny Russell
> Jonnyrussell.law@outlook.com
> Law Offices of Jonny Russell, LLC
> 500 SW 116 Ave., Fl. 4
> Portland, OR 97225
>     Attorney for Plaintiffs

by the following indicated method or methods:

☒        by **electronic means through the Court's Case Management/Electronic Case File system** on the date set forth below;

by **emailing** a copy thereof to each attorney at each attorney's last-known email address on the date set forth below;

by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to plaintiff's last-known address listed above and depositing it in the U.S. mail at Salem, Oregon on the date set forth below.

DATED this August 11, 2026.

                                    */s/ Kenneth S. Montoya*
                                    Kenneth S. Montoya, OSB #064467
                                    Keegan C. Murphy, OSB#194264
                                    Attorneys for Defendants County of Yamhill, Sergeant Robert Eubanks, and Deputy Angel Arenas

CERTIFICATE OF SERVICE